**Opinion issued May 22, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-01020-CR

———————————

### IN RE JOSEPH THOMAS ROBERTS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Joseph Thomas Roberts, has filed a petition for writ of mandamus, requesting that we set aside or modify the judgment of conviction in the underlying cause.[1]

---

[1] The petition indicates that the underlying proceeding is cause number 10CR1417, styled *State of Texas v. Joseph Thomas Roberts*, in the 10th District Court of Galveston County.

This Court does not have jurisdiction to grant relator's requested relief. We have no authority to issue writs of mandamus in criminal law matters relating to final post-conviction felony proceedings. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a), (b) (West Supp. 2013); *In re Briscoe*, 230 S.W.3d 196, 196–97 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding); *see also In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (noting that only Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings).

## Conclusion

Accordingly, we dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.
Do not publish.   TEX. R. APP. P. 47.2(b).